**Max JONES, Appellant,**

v.

**MR. DELL FOODS, INC., Respondent.**

**No. WD 62311.**

Missouri Court of Appeals, Western District.

Dec. 9, 2003.

Anthony L. Gosserand, Kansas City, MO, for appellant.

Bruce L. Wendel, Kansas City, MO, for respondent.

Before BRECKENRIDGE, P.J., SMITH and HOWARD, JJ.

---

## *ORDER*

PER CURIAM.

Max Jones appeals a final award entered by the Labor and Industrial Relations Commission denying him compensation for an anal fistula condition and injury to his lower back. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The Commission's award is affirmed. Rule 84.16(b).